No. 01–1269.  CITY OF CUYAHOGA FALLS, OHIO, ET AL. *v.* BUCKEYE COMMUNITY HOPE FOUNDATION ET AL.  C. A. 6th

Cir. [Certiorari granted, 536 U. S. 938.] Motion of respondents for leave to file a supplemental brief after argument denied.